# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **ZI QIANG ZHU,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | |
| | ) | Civil Action Number |
| **JOHN E. KELLY, Secretary of the** | ) | **4:17-cv-0595-AKK-JEO** |
| **Department of Homeland Security,** *et* | ) | |
| *al.,* | ) | |
| **Respondents.** | ) | |

## <u>MEMORANDUM OPINION</u>

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Zi

Qiang Zhu, *pro se*. Petitioner challenges the legality of his continued detention by

federal immigration authorities pending his removal from the United States under the

Immigration and Nationality Act. *See* Doc. 1; *see also generally Zadvydas v. Davis*, 533

U.S. 678 (2001). The cause comes to be hearing on the Respondents' motion to dismiss

the action as moot. Doc. 7. The court concludes that the motion is due to be granted.

Respondents' motion is supported by a declaration by a Supervisory Detention

and Deportation Officer indicating that Petitioner was released from ICE custody

under an order of supervision on June 27, 2017. Doc. 7-1. As a result, Petitioner's

habeas corpus claim for release under an order of supervision or for repatriation is

moot because the court can no longer provide meaningful relief. *See Nyaga v.*

*Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296

F.3d 1237, 1242-43 (11th Cir. 2002). Respondents' motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

**DONE** the 19th day of October, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE